# Third District Court of Appeal

## State of Florida

Opinion filed May 9, 2018.

_____

No. 3D17-560
Lower Tribunal No. 05-36013
_____

**Justis Martin,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Jason Bloch and Monica Gordo, Judges.

Carlos J. Martinez, Public Defender, and Robert Kalter, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Joanne Diez, Assistant Attorney General, for appellee.

Before FERNANDEZ, LOGUE and LUCK, JJ.

## ON CONFESSION OF ERROR

PER CURIAM.

After a revocation of probation hearing, the trial court found that the state did not prove that defendant Justis Martin violated his probation by making no efforts to complete his high school equivalency diploma (GED). The written order of revocation of probation, however, included this as one of the grounds for revoking Martin's probation. We agree with the state's confession of error and remand for correction of the order of revocation of probation. See Jones v. State, 686 So. 2d 701 (Fla. 3d DCA 1996) ("The trial court's written order revoking appellant's probation does not conform to the court's oral pronouncements. At the revocation hearing the court orally dismissed the allegations of paragraphs two, four, and five of the affidavit of probation violation. The written revocation order, however, finds appellant guilty of the probation violations alleged in those paragraphs. We remand this case so that the order may be corrected to conform to the trial court's oral pronouncements."). Martin need not be present for this purpose. Id. ("Appellant need not be present for this purpose."). We affirm the order of revocation of probation in all other respects.

Reversed and remanded with instructions.